# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY GRAYSON

NO. 2025 KW 0889

**NOVEMBER 3, 2025**

---

In Re:     Anthony Grayson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-24-00610.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

  **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
denied relator's motion to reconsider sentence on or about
September 25, 2024.

                         **WIL**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT